**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

---

| | |
|---|---|
| PAMELA S. RUSSELL, | **Civil File No. 09-2088-KHV-GLR** |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL** |
| | **WITH PREJUDICE** |
| NATIONAL ATTORNEY COLLECTION SERVICES, INC., | |
| Defendant. | |

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff Pamela S. Russell, and the defendant, National Attorney Collection Services, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                                                  Respectfully submitted,

Dated:  December 9, 2009        By  /s/J. Mark Meinhardt
                                                             J. Mark Meinhardt
                                                             4707 College Boulevard, Suite 100
                                                             Leawood, KS  66211
                                                             (913) 451-9797
                                                             (913) 451-6163 (fax)
                                                             ATTORNEY FOR PLAINTIFF

Dated:  December 9, 2009        By  /s/Richard N. Bien
                                                              Richard N. Bien
                                                              Lathrop & Gage, LLP – KC
                                                             2345 Grand Boulevard, Suite 2200
                                                             Kansas City, MO 64108-2684
                                                             (816) 292-2000 x 5520
                                                             (816) 292-2001 (fax)
                                                             ATTORNEY FOR DEFENDANT